UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY JONES,<br><br>        Plaintiff,<br><br>    v.<br><br>PROGRESSIVE CASUALTY<br>INSURANCE COMPANY, et al.,<br><br>        Defendants. | Case No. 16-cv-06941-JD<br><br>**ORDER TO SHOW CAUSE** |

On June 15, 2017, defendants Mitchell International, Inc., Progressive Select Insurance Company, Progressive Direct Insurance Company, Progressive Casualty Insurance Company, and The Progressive Corporation filed motions to dismiss plaintiff's second amended complaint. Dkt. Nos. 62-64. Plaintiff's oppositions to the motions were due by June 29, 2017. On July 5, 2017, defendants filed notice of plaintiff's failure to file timely oppositions. Dkt. Nos. 67-68. On July 7, 2017, plaintiff filed oppositions to the motions to dismiss, without leave of the Court or any effort to demonstrate good cause for the tardiness. Dkt. Nos. 71-72.

Plaintiff's counsel is ordered to show cause in writing why the late oppositions should be accepted and why the Court should not impose sanctions for this violation. Counsel are advised that sanctions may include, without limitation, a monetary fine, payment of opposing counsel's reasonable fees and costs for the unnecessary briefs, and attorney discipline. The response is due by **12:00 p.m. on Friday, July 21, 2017**.

    **IT IS SO ORDERED.**

Dated: July 17, 2017

_____
JAMES DONATO
United States District Judge